IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hawthorne, Angela R

Printed: 01/29/09

Case Number: 07 B 20687
Judge: Wedoff, Eugene R
Filed: 11/6/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 9, 2008
Confirmed: January 3, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,350.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,314.00 |
| Trustee Fee: |  | 216.67 |
| Other Funds: |  | 819.33 |
| Totals: | 4,350.00 | 4,350.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,314.00 | 3,314.00 |
| 2. | Chrysler Financial Services Americas LLC | Secured | 0.00 | 0.00 |
| 3. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 4. | Rescap Mortgage | Secured | 0.00 | 0.00 |
| 5. | City Of Chicago | Secured | 0.00 | 0.00 |
| 6. | Rescap Mortgage | Secured | 0.00 | 0.00 |
| 7. | HomeComings Financial Network | Secured | 7,359.00 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 79.97 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 652.59 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 26.21 | 0.00 |
| 11. | Wells Fargo Financial Illinois Inc | Unsecured | 109.86 | 0.00 |
| 12. | Discover Financial Services | Unsecured | 1,081.53 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 1,199.08 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 38.95 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 98.27 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 115.78 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 809.15 | 0.00 |
| 18. | B-Real LLC | Unsecured | 1,124.71 | 0.00 |
| 19. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| 20. | Comcast | Unsecured |  | No Claim Filed |
| 21. | UNVL/CITI | Unsecured |  | No Claim Filed |
| 22. | Nicor Gas | Unsecured |  | No Claim Filed |
| 23. | Oral Surgery Center | Unsecured |  | No Claim Filed |
| | | | $ 16,009.10 | $ 3,314.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Hawthorne, Angela R

Printed: 01/29/09

Case Number:  07 B 20687
Judge:  Wedoff, Eugene R
Filed:  11/6/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 64.80 |
| 6.5% | 126.75 |
| 6.6% | 25.12 |
|  | $ 216.67 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

